AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Universal Stainless and Alloy Products, Inc.
was received by me on *(date)*  02/24/2025  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  David Bulakowski, Representative at Corporate Registered Office  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Universal Stainless and Alloy Products, Inc. c/o Prentice-Hall Corporation System, Inc.  on *(date)*  02/24/2025 at 3:00 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $  $75  for travel and $  0  for services, for a total of $  75.00  .

I declare under penalty of perjury that this information is true.

Date:  02/24/2025

*Server's signature*

Gary Winfrey, Process Server
*Printed name and title*

4900 Carlisle Pike #113, Mechanicsburg, PA 17050
*Server's address*

Additional information regarding attempted service, etc:

Service Address: 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110
Service Documents: Summons and Complaint